No. 259. Virginia Trust Company et al., Executors etc. *v.* Commonwealth of Virginia et al. Error to the Supreme Court of Appeals of the State of Virginia. Motion to dismiss submitted January 31, 1921. Decided February 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial

Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. John S. Barbour* for plaintiffs in error. *Mr. John R. Saunders* and *Mr. J. D. Hank, Jr.*, for defendants in error.